No. 6,515.—R. G. ROBINSON, APPELLANT, *v.* D. A. JONES, RESPONDENT.

Decided November 15, 1929.

PER CURIAM.—It appearing that this cause has been settled, it is ordered that the appeal be dismissed.

*Mr. H. C. Crippen,* for Appellant.

*Mr. Philip Savaresy* and *Mr. M. J. Lamb,* for Respondent.

No. 6,620.—GEORGE HENDRICKS, RESPONDENT, *v.* L. D. WARREN, APPELLANT.

Decided December 5, 1929.

.PER CURIAM.—Respondent's motion to dismiss the appeal herein is sustained, for the reason that the transcript on appeal has not been filed within time.

*Mr. D. L. Blackstone,* for Respondent.